# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re:  SANDRA L. HUBBARD  
528 LILLIAN CT.  
LOVES PARK, IL  61111

SSN-xxx-xx-3762

Case Number: 05-74103

|  |  |
|---|---|
| Case filed on: | 8/12/2005 |
| Plan Confirmed on: | 12/16/2005 |

C Converted to Chapter 7

Total funds received and disbursed pursuant to the plan: $6,330.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 772 | CLERK OF U.S. BANKRUPTCY COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Administration | 0.00 | 0.00 | 0.00 | 0.00 |
| 000 | LAW OFFICES OF PETER FRANCIS GERACI | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
|  | Total Legal | 2,200.00 | 2,200.00 | 2,200.00 | 0.00 |
| 020 | SANDRA L. HUBBARD | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | ALPINE BANK | 9,160.81 | 0.00 | 0.00 | 0.00 |
| 002 | AMCORE BANK NA | 31,090.44 | 0.00 | 0.00 | 0.00 |
|  | Total Secured | 40,251.25 | 0.00 | 0.00 | 0.00 |
| 003 | ECAST SETTLEMENT CORPORATION | 11,118.53 | 1,111.85 | 591.03 | 0.00 |
| 004 | LVNV FUNDING LLC | 502.28 | 50.23 | 26.70 | 0.00 |
| 005 | LVNV FUNDING LLC | 16,003.11 | 1,600.31 | 850.69 | 0.00 |
| 006 | DISCOVER FINANCIAL SERVICES | 11,622.67 | 1,162.27 | 617.84 | 0.00 |
| 007 | ECAST SETTLEMENT CORPORATION | 519.95 | 51.99 | 27.63 | 0.00 |
| 008 | HOUSEHOLD BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | ECAST SETTLEMENT CORPORATION | 522.90 | 52.29 | 27.79 | 0.00 |
| 010 | CREDITORS BANKRUPTCY SERVICE | 1,994.67 | 199.47 | 106.03 | 0.00 |
| 011 | ECAST SETTLEMENT CORPORATION | 10,405.16 | 1,040.52 | 553.12 | 0.00 |
| 012 | MCCBG / JC PENNY | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | TARGET NATIONAL BANK fka RETAILERS NAT'L | 627.59 | 62.76 | 33.36 | 0.00 |
| 014 | ECAST SETTLEMENT CORPORATION | 2,385.96 | 238.60 | 126.83 | 0.00 |
| 015 | LVNV FUNDING LLC | 10,002.84 | 1,000.28 | 531.73 | 0.00 |
| 016 | ECAST SETTLEMENT CORPORATION | 2,702.89 | 270.29 | 143.68 | 0.00 |
| 017 | RICHARD HUBBARD | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | ECAST SETTLEMENT CORPORATION | 2,071.18 | 207.12 | 110.10 | 0.00 |
| 019 | AMCORE BANK NA | 650.00 | 0.00 | 0.00 | 0.00 |
|  | Total Unsecured | 71,129.73 | 7,047.98 | 3,746.53 | 0.00 |
|  | Grand Total: | 113,580.98 | 9,247.98 | 5,946.53 | 0.00 |

Total Paid Claimant:       $5,946.53  
Trustee Allowance:         $383.47            Wherefore, your petitioner prays that a final Decree be entered  
Percent Paid Unsecured:    53.16              discharging the trustee and the trustee's surety from any and all  
                                              liablility on account of the within proceedings, and closing the estate,  
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby  
                                              certify that the subject case has been fully administered.

Report Dated:

   /s/ Lydia S. Meyer   
Lydia S. Meyer, Trustee

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/23/2007          By   /s/Heather M. Fagan