Case Name:   Hubbard, Sandra Lee
Case No:     05 B 754103

# **CERTIFICATION OF REVIEW**

    The U.S. Trustee has reviewed the Trustee's Final Report, Request for Compensation and Proposed Distribution in the above-entitled case.

Dated: 8/2/07                          WILLIAM T. NEARY
                                       United States Trustee, Region 11

                              BY:     /s/_____
                                          CAROLE J. RYCZEK
                                          Attorney for the U.S. Trustee