**UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION**

| | |
|---|---|
| IN RE:<br>HUBBARD, SANDRA LEE | CHAPTER 7 -- Liquidation<br><br>CASE NO. 05-74103 MB |
| Social Security/Employer Tax ID Number:<br>xxx-xx-3762  13-7566107<br>Debtor(s) | HONORABLE MANUEL BARBOSA |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, (AND HEARING ON THE ABANDONMENT
OF PROPERTY BY THE TRUSTEE)**

TO ALL CREDITORS:

1. NOTICE IS HEREBY GIVEN that the Trustee's Final Report has been filed and a hearing will be held by the undersigned judge at the U.S. BANKRUPTCY COURT, 211 South Court, Rockford, IL 61101, on **August 22, 2007 at 9:30** a.m.

2. The hearing will be held for the purpose of examining the Trustee's Final Report, ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The following applications for compensation have been filed:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES NOW REQUESTED |
|---|---|---|---|
| Yalden, Olsen & Willette<br>Attorney/Trustee | 0.00 | 1,016.50 | |

JOSEPH D. OLSEN
Trustee
        0.00          1,550.34

JOSEPH D. OLSEN        0.00          65.10
Trustee

4. The Trustee's Final Report shows total:

  a. Receipts             $  8,003.41

  b. Disbursements          $  0.00

  c. Net Cash Available for Distribution  $  8,003.41

5. In addition to the fees, compensation and expenses that may be allowed by the Court, liens and priority claims which must be paid in advance of general unsecured creditors have been allowed in the amount of $0.00, which leaves a total amount of $5,371.47, to be distributed to general unsecured creditors whose claims have been allowed in the total amount of $71,129.73.

6. The debtor has been discharged.

7. The Trustee proposed to abandon the following property at the hearing:

  8/1/07            s/s Joseph D. Olsen
DATE

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

-74103   Doc 72   Filed 08/03/07   Entered 08/05/07 23:33:00   Desc Imaged
Certificate of Service   Page 3 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-3            User: lorsmith              Page 1 of 2                Date Rcvd: Aug 03, 2007
Case: 05-74103                  Form ID: pdf002             Total Served: 42


The following entities were served by first class mail on Aug 05, 2007.
db           +Sandra Lee Hubbard,    528 Lillian Ct.,    Loves Park, IL 61111-5952
aty          +Barbara Giorgi Vella,    Vella & Lund PC,    401 West State Street  #300,    Rockford, Il 61101-1240
aty          +Craig A Willette,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
aty          +James E Stevens,    Barrick, Switzer, Long, Balsley & Van Ev,    6833 Stalter Drive,
              Rockford, Il 61108-2579
aty          +Joseph D. Olsen,,    Yalden, Olsen & Willette,    1318 East State Street,    Rockford, IL 61104-2228
aty          +Nathan E Curtis,    Law Offices Of Peter Francis Geraci,    55 East Monroe St. Suite #3400,
              Chicago, IL 60603-5920
tr           +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
cr           +Alpine Bank Of Illinois,    6838 East State Street,    Rockford, IL 61108-4611
cr           +Amcore Bank,    1210 S. Alpine Road,    Rockford,, IL 61108-3946
cr           +Amcore Bank N.A.,    P.O. Box 1537,    Rockford, IL 61110-0037
9684054       Alpine Bank,    Attn: Bankruptcy Department,    PO Box 6086,    Rockford, IL 61125-1086
9684052      +Amcore Bank,    Attn: Bankruptcy Department,    1210 S. Alpine Rd.,    Rockford, IL 61108-3946,
              Attn: Marilyn K. Kiefer
10614162     +Amcore Bank,    1210 S. Alpine Rd,    Rockford, IL 61108-3946,    Attn: Denece Poff
9684051      +Beneficial,    Bankruptcy Dept,    10125 N. Second St.,    Machesney Park, IL 61115-1450
9684063      +Chase,    Bankruptcy Department,    PO Box 15651,    Wilmington, DE 19886-5651
9684056       Chase/Bank One,    Bankruptcy Department,    PO Box 15153,    Wilmington, DE 19886-5153
9684065      +GE Money Bank,    Bankruptcy Department,    PO Box 960061,    Orlando, FL 32896-0061
10482950      HSBC Bank Nevada NA / HSBC Card Services III,    by eCAST Settlement Corporation,    as its agent,
              P.O. Box 35480 Newark, NJ  07193-5480
9684057       HSBC Bank USA,    Bankruptcy Department,    PO Box 17051,    Baltimore, MD 21297-1051
9684067      +Household Credit Services,    Bankruptcy Department,    PO Box 98706,    Las Vegas, NV 89193
10495028      Household Finance Corporation,    by eCAST Settlement Corporation,    as its agent,
              P.O. Box 35480,    Newark, NJ  07193-5480
10495029      Household Finance Corporation/Beneficial,    by eCAST Settlement Corporation,    as its agent,
              P.O. Box 35480,    Newark, NJ  07193-5480
9684060      +Kohl's,    Bankruptcy Department,    PO Box 2983,    Milwaukee, WI 53201-2983
9971619      +Kohl's Department Store,    c/o Creditors Bankruptcy Service,    P O Box 740933,
              Dallas, TX 75374-0933
10541292      LVNV Funding LLC its successors and assigns,    as assignee of Citibank USA NA,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
9684064       MBNA America,    Bankruptcy Department,    PO Box 15137,    Wilmington, DE 19886-5137
9684066       MCCBG/JC Penny,    Attn: Bankruptcy Dept.,    PO Box 981402,    El Paso, TX 79998-1402
11200343     +ROUNDUP FUNDING, L.L.C.,    MS 550,    PO Box 91121,    SEATTLE, WA 98111
9684068       Retailers Natl Bank - Target,    Bankruptcy Department,    PO Box 9475,
              Minneapolis, MN 55440-9475
9684053      +Richard G. Hubbard,    528 Lillian Ct.,    Loves Park, IL 61111-5952
9684055      +Richard Hubbard,    528 Lillian Ct.,    Loves Park, IL 61111-5952
9684058      +Sam's Club,    Bankruptcy Department,    PO Box 530942,    Atlanta, GA 30353-0942
9684059      +Sears,    Bankruptcy Department,    PO Box 182156,    Columbus, OH 43218-2156
9756296      +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
9684061      +Union Plus,    Attn: Bankruptcy Dept.,    PO Box 17051,    Baltimore, MD 21297-1051
10542763      aLVNV Funding LLC its successors and assigns,    as assignee of Chase Manhattan Bank,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
10477970      eCAST Settlement Corporation, assignee of,    General Electric/JCP CONSUMER,
              P.O. Box 35480 Newark, NJ  07193-5480
10495108      eCAST Settlement Corporation, assignee of,    General Electric/SAM'S CLUB,
              CONSUMER P.O. Box 35480,    Newark, NJ  07193-5480
10499102      eCAST Settlement Corporation, assignee of,    MBNA America Bank, N.A.,    P.O. Box 35480,
              Newark, NJ  07193-5480
9735695      +eCast Settlement Corp,    PO Box 35480,    Newark, NJ 07193-5480

The following entities were served by electronic transmission on Aug 04, 2007.
9708339       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2007 05:00:01
              Discover Bank/Discover Financial Services,    PO Box 8003,    Hilliard, OH  43026
9684062       E-mail/PDF: mrdiscen@discoverfinancial.com Aug 04 2007 05:00:01     Discover Financial,
              Bankruptcy Department,    PO Box 30395,    Salt Lake City, UT 84130-0395
10541292      E-mail/Text: resurgentbknotifications@resurgent.com
              LVNV Funding LLC its successors and assigns,    as assignee of Citibank USA NA,
              c/o Resurgent Capital Services,    PO Box 10587,    Greenville, SC  29603-0587
                                                                                               TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr            Ecast Settlement Corporation
aty*         +Joseph D Olsen,    Yalden Olsen & Willette,    1318 E State Street,    Rockford, IL 61104-2228
cr*          +Roundup Funding, LLC,    MS 550,    PO Box 91121,    Seattle, WA 98111
cr*           eCAST Settlement Corporation,    POB 35480,    Newark, NJ  07193-5480
10951795*     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
11122912*     eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
                                                                                               TOTALS: 1, * 5

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

```
District/off: 0752-3        User: lorsmith          Page 2 of 2            Date Rcvd: Aug 03, 2007
Case: 05-74103              Form ID: pdf002         Total Served: 42
```

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 05, 2007**                **Signature:**    _/s/ Joseph Speetjens_